[No. 60045-1-I.  Division One.  September 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE TERRELL WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-09316-6, Linda Lau, J., entered May 22, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid and Leach, JJ.

[No. 60172-5-I.  Division One.  September 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON D'LEON JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-00646-4, David A. Kurtz, J., entered June 6, 2007. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Dwyer, A.C.J., and Agid, J.

[No. 60421-0-I.  Division One.  September 15, 2008.]

BELLEVUE OLDSMOBILE CADILLAC, *Appellant*, v. CHRISTOPHER HOLMES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-16530-4, Sharon S. Armstrong, J., entered July 10, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60513-5-I.  Division One.  September 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL HURWITZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05651-1, Nicole MacInnes, J., entered August 28, 2007. *Affirmed* by unpublished per curiam opinion.